IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cooper, Pamela | Case Number: 07 B 03099 |
| | Judge: Hollis, Pamela S |
| Printed: 3/11/08 | Filed: 2/22/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 28, 2008
Confirmed: May 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,400.00 | |
| Secured: | | 110.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,214.39 |
| Trustee Fee: | | 75.61 |
| Other Funds: | | 0.00 |
| Totals: | 1,400.00 | 1,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,334.00 | 1,214.39 |
| 2. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Second City Construction Co | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 510.00 | 110.00 |
| 6. | EMC Mortgage Corporation | Secured | 10,879.90 | 0.00 |
| 7. | Mr Mrs Morris | Secured | 1,200.00 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 522.10 | 0.00 |
| 9. | Premium Asset Recovery Corp | Unsecured | 78.14 | 0.00 |
| 10. | United Collection Bureau Inc | Unsecured | 210.45 | 0.00 |
| 11. | Americredit Financial Ser Inc | Unsecured | 2,276.44 | 0.00 |
| 12. | Fairlane Credit L.L.C. | Unsecured | 3,006.52 | 0.00 |
| 13. | City Of Chicago | Unsecured | 3.63 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 693.50 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 62.16 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 52.92 | 0.00 |
| 17. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 18. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 19. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 20. | Collection Company Of America | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | Allied Interstate | Unsecured | | No Claim Filed |
| 23. | KCA Financial Services | Unsecured | | No Claim Filed |
| 24. | Medical Collections | Unsecured | | No Claim Filed |
| 25. | ICS | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cooper, Pamela | | Case Number: 07 B 03099 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 3/11/08 | | Filed: 2/22/07 |

| | | | | |
|---|---|---|---|---|
| 26. | LVNV Funding | Unsecured | | No Claim Filed |
| 27. | Medical Collections | Unsecured | | No Claim Filed |
| 28. | Verizon Wireless | Unsecured | | No Claim Filed |
| 29. | Emergency Healthcare Physicians | Unsecured | | No Claim Filed |
| 30. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 31. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 32. | Northwest Collectors | Unsecured | | No Claim Filed |
| 33. | Plaza Associates | Unsecured | | No Claim Filed |
| 34. | Second City Construction Co | Unsecured | | No Claim Filed |
| 35. | Riddled Assoc P C | Unsecured | | No Claim Filed |
| 36. | Collection Company Of America | Unsecured | | No Claim Filed |
| 37. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 38. | United Recovery Services | Unsecured | | No Claim Filed |

_____          _____
$ 21,829.76          $ 1,324.39

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 75.61 |

_____
$ 75.61

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_